IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dequantez Nixson,

    Petitioner(s),

vs.

Warden, Southern Ohio Correctional Facility,

    Respondent(s).

Case Number: 1:15cv386

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 28, 2015 (Doc. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 14, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner has failed to comply with the Deficiency Order issued on June 17, 2015, therefore petitioner's petition for a writ of habeas corpus (Doc. 1) is DISMISSED for lack of prosecution.

This case is hereby TERMINATED from the docket.

IT IS SO ORDERED.

                              s/Susan J. Dlott
                              Judge Susan J. Dlott
                              United States District Court